■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX ENCISCO, Appellant. [696 NYS2d 896] —Appeal by the defendant from a judgment of the County Court, Westchester County (Mulroy, J.), rendered November 20, 1997, convicting him of attempted rape in the first degree and sexual abuse in the first degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Further, contrary to the defendant's contention, he received meaningful representation of counsel under the totality of the circumstances (*see, People v Flores,* 84 NY2d 184, 187; *People v Ellis,* 81 NY2d 854, 856; *People v Baldi,* 54 NY2d 137, 147). S. Miller, J. P., Ritter, Florio and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN FLUDD, Appellant. [698 NYS2d 494] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 31, 1991 (*People v Fludd,* 173 AD2d 840), affirming a judgment of the Supreme Court, Kings County, rendered May 6, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, S. Miller and Thompson, JJ., concur.